UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
09 OCT 16 AM 9:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BRAULIO CORIA-VELASQUEZ,<br><br>      Defendant. | CASE NO. 09CR3462-JM<br><br>JUDGMENT OF DISMISSAL |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8:1326 (a) and (b)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/15/09

_____
JAN M. ADLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____