## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRAULIO CORIA-VELAZQUEZ,<br><br>  Defendant. | CASE NO. 09CR3462-JM<br><br>**JUDGMENT OF DISMISSAL**<br>(AMENDED) |
|---|---|

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8:1326(a) and (b)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/20/09

JAN M. ADLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____